RECVD '06 MAR 02 12:25 USDC-ORP

FILED '06 MAR 02 15:10 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ISAAK BASARGIN, | ) | |
|       Plaintiff, | ) | CV. 05-345-JO |
| v. | ) | |
| JOANNE BARNHART, Commissioner of Social Security, | ) | ORDER AWARDING EAJA ATTORNEY FEES AND COSTS |
|       Defendant. | ) | |

After considering Plaintiff's Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act and for Costs and Bill of Costs,

IT IS ORDERED AND ADJUDGED that attorney fees in the amount of $2777.33 and costs in the amount of $250.00, for a total of $3027.33, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment shall be to Max Rae, attorney, on behalf of Plaintiff.

DATED this 2nd day of March, 2006.

_____
U.S. District Judge

PRESENTED BY:

_____
MAX RAE, OSB #81344
(503) 363-5424
Attorney for Plaintiff, Isaak Basargin